FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 15 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTRESS SAFE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>J. T. EATON & CO., INC.,<br><br>    Defendant. | Civil Action File No.:<br><br>**1 18-CV-2915**<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING MOTION TO FILE COMPLAINT, PRELIMINARY INJUNCTION, AND CERTAIN EXHIBITS UNDER SEAL

This matter is before the Court on Plaintiff Mattress Safe, Inc.'s, Motion to File Complaint, Preliminary Injunction and Exhibits under Seal. Having considered the Motion, the Court finds good cause for filing the unredacted complaint, the unredacted brief in support of the motion for a preliminary injunction and certain supporting exhibits under seal. IT IS HEREBY ORDERED that an unredacted copy of the complaint, Exhibits B-E thereto, an unredacted copy of the brief in support of the motion for a preliminary injunction, and the declaration in support shall be sealed and not publicly accessible on ECF.

SO ORDERED, this 15th day of June, 2018.

_____
United States District Judge

4847-8119-7162, v. 1