AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-CV-2915

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ PLM Service Corp _____

was received by me on *(date)* ___6/15/2018___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

\* ☒ I served the summons on *(name of individual)* ___Paul Millet @ Millet & Weisman Law Firm___ , who is

designated by law to accept service of process on behalf of *(name of organization)* ___J.T. Eaton & Co.,Inc. c/o___

___PLM Service Corp.,@25550 Chagrin Blvd, Suite 403___ on *(date)* ___6/15/2018 @ 5:00 PM___ ; or
Beachwood, OH 44122

☐ I returned the summons unexecuted because _____ ; or

\* ☒ Other *(specify):*  Description:  65-70 yrs.  Male,  Caucasian,  5'11",  175lbs.  Grey/Peppery Hair

Paul Millet is the Registered Agent for PLM Service Corp.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___6/19/2018___

___1:18-CV-2915___
*Server's signature*

___Jason Butler/Private Process Server___
*Printed name and title*

___221 Springside Drive, Akron, OH  44333___
*Server's address*

Additional information regarding attempted service, etc: